**IN THE UNITIED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT**

| | | |
|---|---|---|
| M3 TECHNOLOGIES, INC, and<br>VICTORIA FERRARI<br><br>Plaintiffs,<br><br>vs.<br><br>CONFERENCE TECHNOLOGIES, INC.<br><br><br>Defendants. | ) | Case No.: 4:26-cv-881-SRW |

**<u>JOINT NOTICE OF SETTLEMENT</u>**

COME NOW Plaintiffs and Defendant, by and through their counsel, and hereby inform the Court that the Parties have reached a settlement in this matter and are in the process of finalizing terms of a settlement agreement. The parties jointly request that the matter be continued sixty (60) days so the parties can complete their agreement.

Respectfully submitted,

*/s/ Rebecca L. James (with permission)*
Rebecca L. James #73772
Jeffrey M. Linihan #49789
FORD HARRISON LLP – St. Louis
7777 Bonhomme Avenue, Suite 1710
St. Louis, MO 63105
Tel: (314) 257-0304
Fax: (314) 257 - 0325
rjames@fordharrison.com
jlinihan@fordharrison.com

*Attorneys for Plaintiffs M3 Technologies, Inc. and Victoria Ferrari*

*/s/ Julie Z. Devine*
Julie Z. Devine #58268
LASHLY & BAER, P.C.
714 Locust Street
St. Louis, MO 63101
(314) 621-2939 (Telephone)
(314) 621-6844 (FAX)
jdevine@lashlybaer.com

*Attorneys for Defendant Conference Technology, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing was filed and served via the Court's electronic filing system this 13th day of July, 2026.

*/s/ Julie Z. Devine*